IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. |
| Plaintiff, | : | **3 24 cr 0011** |
| v. | : | |
| **AARON MCKNIGHT,** | : | **INDICTMENT**<br>18 U.S.C. § 2241(a) |
| Defendant. | : | MICHAEL J. NEWMAN |

**THE GRAND JURY CHARGES THAT:**

### COUNT 1
### [18 U.S.C. § 2241(a)]

On or about December 5, 2021, in the Southern District of Ohio, within the boundaries of the Wright-Patterson Air Force Base, an area within the special maritime and territorial jurisdiction of the United States, the defendant, Aaron McKnight, did knowingly cause Adult Female 1, a woman whose identity is known to the Grand Jury, to engage in a sexual act, by the use of force against Adult Female 1.

All in violation of Title 18, United States Code, Section 2241(a).

A TRUE BILL

FOREMAN

KENNETH L. PARKER
United States Attorney

CHRISTINA MAHY
Assistant United States Attorney