UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 3:24-cr-11

vs.

AARON MCKNIGHT,                       District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE MOTION FILING DEADLINE (Doc. No. 17); (2) SETTING A MOTION FILING DEADLINE OF APRIL 15, 2024; (3) TOLLING THE SPEEDY TRIAL ACT DEADLINE; (4) EXCLUDING THE TIME PERIOD FROM MARCH 14, 2024 TO MAY 9, 2024 FROM THE SPEEDY TRIAL ACT CALCULATION; (5) SETTING A STATUS REPORT DEADLINE OF MAY 1, 2024; AND (5) SETTING TRIAL FOR MAY 9, 2024 AT 9:30 A.M.**

---

This criminal case comes before the Court on Defendant's motion to extend the filing deadline. Doc. No. 17. The previous motion filing deadline in this case was March 15, 2024. *Id.* Defendant requests the motion filing deadline be extended to April 15, 2024. *Id.* The Government is amenable to the extension. *Id.* The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting the requested continuance and that such continuance outweighs the best interest of the public and Defendant in a speedy trial. Failure to grant the requested continuance would deny both the Government and Defendant the time necessary for effective preparation (such as having witnesses available to testify at trial), and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7).

Thus, the Court hereby **GRANTS** Defendant's motion to extend the motion filing deadline. The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting the requested continuance and that such continuance outweighs the best interest of the public and defendant in a speedy trial. Failure to grant the requested continuance would deny both the Government and Defendant the time necessary for effective preparation (such as having witnesses available to testify at trial), and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7). Because the current Speedy Trial Act deadline in this case is April 9, 2024 (*see* Doc. No. 13), the Court finds that the Speedy Trial Act deadline must be tolled to accommodate the motion filing deadline extension. Accordingly, the time period from March 14, 2024 to May 9, 2024 is excluded from the Speedy Trial Act calculation. The parties are required to file a joint status report by **May 1, 2024**. The Court sets trial for **May 9, 2024 at 9:30 A.M.**

**IT IS SO ORDERED.**

March 26, 2024                                        s/Michael J. Newman
                                                     Hon. Michael J. Newman
                                                     United States District Judge