UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AARON MCKNIGHT,

    Defendant.

Case No. 3:24-cr-11

District Judge Michael J. Newman

---

**ORDER: (1) CONTINUING TRIAL PURSUANT TO THE PARTIES' JOINT STATUS REPORT (Doc. No. 28); (2) VACATING THE TRIAL SET FOR JUNE 10, 2024; (3) EXTENDING THE MOTION FILING DEADLINE TO JUNE 24, 2024; (4) TOLLING THE SPEEDY TRIAL ACT DEADLINE; (5) EXCLUDING THE TIME PERIOD FROM MAY 31, 2024 TO JULY 15, 2024 FROM THE SPEEDY TRIAL ACT CALCULATION; (6) SETTING A STATUS REPORT DEADLINE OF JULY 1, 2024; AND (7) SETTING TRIAL FOR JULY 30, 2024 AT 9:30 A.M.**

---

This criminal case comes before the Court on the parties' joint status report. Doc. No. 28. In the report, the parties indicated that they needed more time to negotiate potential plea agreements and means of resolving the case. *Id.* They also indicated there may be motions forthcoming and that a June 10, 2024 trial date would be inappropriate at this time. *Id.* The previous motion filing deadline was May 15, 2024. *Id.* Accordingly, the Court will treat the status report as a motion to continue trial and extend motion filing deadlines.

The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting the requested continuance and that such continuance outweighs the best interest of the public and Defendant in a speedy trial. Failure to grant the requested continuance would deny both the Government and Defendant the

time necessary for effective preparation (such as having witnesses available to testify at trial), and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7).

Thus, the Court hereby **CONTINUES** the instant case. The trial scheduled for June 10, 2024 is hereby **VACATED**. The motion filing deadline in this case is extended until **June 24, 2024**. The time from May 31, 2024 until July 15, 2024 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial. Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **August 7, 2024**.[1] The Court **DIRECTS** the parties to file a joint status report **by July 1, 2024.** Finally, the Court **SCHEDULES** trial for **July 30, 2024 at 9:30 A.M.**

    **IT IS SO ORDERED.**

June 3, 2024                                                                  s/Michael J. Newman
                                                                                              Hon. Michael J. Newman
                                                                                              United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.