UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AARON MCKNIGHT,

    Defendant.

Case No. 3:24-cr-11

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) DENYING DEFENDANT'S MOTIONS IN LIMINE (Doc. Nos. 31, 32) AS MOOT; AND (2) DENYING DEFENDANT'S MOTION TO SUPPRESS (Doc. No. 30) AS MOOT**

---

Given the parties joint motion for change of plea (Doc. No. 51), the Court **DENIES AS MOOT** Defendant Aaron McKnight's two motions *in limine* (Doc. Nos. 31, 32) and his motion to suppress.  Doc. No. 30.

    **IT IS SO ORDERED.**

December 3, 2024                                        s/*Michael J. Newman*
                                                              Hon. Michael J. Newman
                                                              United States District Judge